NUMBERS

 13-05-633-CV 

 13-05-733-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

________________________________________________________

 

RUBEN ALVEAR, ET AL.,                                         Appellants,

 

                                           v.

 

NORTON
COMPANY,                                                 Appellee.

_________________________________________________________

 

                 On appeal from the 319th
 District Court

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, RUBEN ALVEAR, ET AL., perfected an appeal from a judgment entered
by the 319th District Court of Nueces County,
Texas, in cause number 98-05955-G.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal as to appellee, NORTON
COMPANY.  Appellants state that they
no longer wish to prosecute their appeal against appellee, NORTON
COMPANY.  Appellants= appeal against
appellee, NORTON COMPANY, is severed from the original appeal
and is docketed under cause number 13-05-733-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
appellants= appeal against
appellee, NORTON COMPANY, is hereby granted.  The appeal against appellee, NORTON
COMPANY, in cause number 13-05-733-CV is ordered DISMISSED.  The remaining issues in the appeal will
remain docketed under cause number 13-05-633-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 8th day of
December, 2005.